## JAMES SOLOMONS *versus* JOHN AGNEW

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Motion for rule to return writ \*p. 314; (2) rule to return certiorari \*p. 352; (3) motion to join in error \*p. 427; (4) continued \*p. 457. *Journal 4:* (5) Continued MS p. 33; (6) continued MS p. 43; (7) continuance rescinded, judgment reversed MS p. 49.

PAPERS IN FILE: (1) Affidavit and motion for certiorari, allowance; (2) writ of certiorari and return; (3) J. P. papers—(a) capias; (b) venire facias; (c–d) subpoenas; (e) venire facias; (f) subpoena; (g) venire facias; (h–i) subpoenas; (4) assignment of errors; (5) bill of costs; (6) writ of fi. fa. and return.

*1822–23 Calendar*, MS p. 29. Recorded in *Book C*, MS pp. 6–10.